# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BB FILMS,<br><br>    Plaintiff<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>    Defendant | Case No.: 2:23-cv-00109-APG-NJK<br><br>**Order to Show Cause Why This Action Should Not Be Remanded for Lack of Subject Matter Jurisdiction** |

Defendant Travelers Casualty Insurance Company of America removed this case from state court based on diversity jurisdiction. ECF No. 1.  However, Travelers has not identified the citizenship of plaintiff BB Films' members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").  As the parties seeking to invoke this court's jurisdiction, the defendants bear the burden of establishing jurisdiction exists. *See Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015).

I THEREFORE ORDER that by February 17, 2023, defendant Travelers Casualty Insurance Company of America shall show cause in writing why this action should not be remanded for lack of subject matter jurisdiction.  If Travelers does not respond to this order by that date, the case will be remanded.

DATED this 23rd day of January, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE