UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BB FILMS, | Case No.: 2:23-cv-00109-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | |
| Defendant | |

In light of defendant Travelers Casualty Insurance Company of America's response to the order to show cause (ECF No. 8),

I ORDER that the order to show cause (ECF No. 7) is satisfied and I will not remand this case for lack of subject matter jurisdiction at this time. I remind the parties that subject matter jurisdiction must be proven before a judgment may be entered.

DATED this 7th day of February, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE