Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:    725-248-2907

*Attorneys for Defendant*
*Travelers Casualty Insurance Company of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BB FILMS, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a foreign corporation doing business in the State of Nevada; DOES I through X; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | CASE NO.:  2:23-cv-00109-APG-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**<br><br>**First Request** |

Defendant Travelers Casualty Insurance Company of America ("Travelers") by and through their counsel, Clyde & Co US LLP, and Plaintiff, by and through their counsel, Leverty & Associates Law CHTD, submit this Stipulation to Extend the Time Within Which to Answer Plaintiffs' Complaint. The parties have stipulated to extent the response deadline to March 15, 2023.

The original deadline for Travelers to respond to the Complaint was January 27, 2023.  Prior to the deadline the parties meet and conferred regarding the specifics of BB Films, LLC's member residency and case resolution specifics.  Travelers initiated the telephonic meet and confer in order to get clarification on Plaintiff's allegation specifics and more detailed facts regarding the specific items referenced in the Complaint in order to determine whether a resolution to the dispute might be possible without the need to incur significant litigation costs.  In order to further discussions on

1    resolution and settlement options, Plaintiff agreed to provide Travelers with an extension of time
2    to respond to the Complaint so that those costs might be better applied to a potential settlement.
3    Plaintiff also agreed to provide Travelers with a written settlement demand.

4    Excusable neglect exists for the parties filing the instant stipulation after January 27, 2023,
5    due to severe medical issues regarding Travelers' counsel's minor child that kept him out of the
6    office and unavailable for an extended period of time. Prior to the January 27, 2023, deadline,
7    counsel for Travelers was forced to address a medical emergency issues regarding his seven (7)
8    year old daughter. Counsel's daughter has a compromised immune system that, upon contracting
9    certain viruses[1], caused her to suffer cascading medical issues that required immediate and full-
10   time care. Counsel was out of the office to extended periods of time tending to his daughter and
11   was unable to get the proposed stipulation to Plaintiffs' counsel until February 15, 2023. The
12   parties agreed to the extension; however, the parties were unable to complete the stipulation and
13   set a date certain for the new deadline due to these medical issues.

14   Despite counsel's unavailability during this time, the parties have suffered no prejudice
15   from this request. Plaintiff provided its settlement demand prior to the above-referenced medical
16   issues, and Plaintiff has recently provided additional information relevant to that demand. The
17   parties are continuing to work towards a possible resolution and request additional time to attempt
18   to resolve this matter without the need for the parties to incur any additional litigation costs, as
19   those costs also factor into the settlement discussions.

20   ///
21   ///
22   ///
23   ///
24   ///
25   ///

---

[1] Counsel's daughter tested positive for Covid-19, but she is believed to have contracted another virus that caused perforated ear drums, hearing loss and other symptoms and side effects.

1  Accordingly, the parties respectfully request that this Court find that excusable neglect exists relating to the filing of this stipulation and grant the parties' request to extend the deadline to respond to the Complaint to March 15, 2023.  This is the first request by the parties to extend the time for Defendant to answer the Compliant.

Dated:  February 16, 2023

LEVERTY & ASSOCIATES LAW CHTD         CLYDE & CO US LLP

 */s/ Patrick R. Leverty*                                       */s/ Dylan P. Todd*
Patrick R. Leverty, Esq., NV Bar No. 8840      Amy M. Samberg (NV Bar No. 10212)
Vernon E. Leverty, Esq., NV Bar No. 1266      amy.samberg@clydeco.us
William R. Ginn, Esq., NV Bar No. 6989        Dylan P. Todd (NV Bar No. 10456)
3100 W Charleston Blvd., Suite 200            dylan.todd@cyldeco.us
Las Vegas, NV 89102                           7251 W. Lake Mead Blvd., Suite 430
Ph. (702) 507-0201                            Las Vegas NV  89128
                                              Telephone: 725-248-2900
MAILING ADDRESS                               Facsimile:       725-248-2907
832 Willow Street
Reno, Nevada 89502                            *Attorneys for Defendant*
Ph. (775) 322-6636                            *Travelers Casualty Insurance Company of America*

*Attorneys for Plaintiff*

### **ORDER**

IT IS HEREBY ORDERED that the parties Stipulation For Extension Of Time To File Answer to Complaint is granted.  The new deadline for Defendant Travelers Casualty Insurance Company of America to answer the Complaint is March 15, 2023.

Dated:  February 17, 2023

_____
United States Magistrate Judge