Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:    725-248-2907

*Attorneys for Defendant*
*Travelers Casualty Insurance Company of America*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BB FILMS, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a foreign corporation doing business in the State of Nevada; DOES I through X; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | CASE NO.:  2:23-cv-00109-APG-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**<br><br>**Second Request** |

Defendant Travelers Casualty Insurance Company of America ("Travelers") by and through their counsel, Clyde & Co US LLP, and Plaintiff, by and through their counsel, Leverty & Associates Law CHTD, submit this Stipulation to Extend the Time Within Which to Answer Plaintiffs' Complaint.  The parties have stipulated to extend the response deadline to March 29, 2023.

On February 16, 2023, the parties submitted their first request for extension of time to answer complaint setting forth that the parties were engaged in settlement discussions and wanted additional time to informally exchange documents and attempt to resolve the case without continued litigation costs.  (ECF No. 13).  The Court granted the request, and the deadline for Travelers to answer the complaint was set for March 15, 2023.  (ECF No. 14).

- 1 -

1  Since that time the parties have continued to exchange documents and present settlement
2  demands. The parties are continuing to discuss settlement but are requesting an additional two (2)
3  weeks due to personal matters that will require the parties to be unavailable during the week of
4  March 13. Good cause exists to grant this request. The parties have suffered no prejudice from
5  this request and are continuing to work towards a possible resolution and request additional time to
6  attempt to resolve this matter without the need for the parties to incur any additional litigation costs,
7  as those costs also factor into the settlement discussions.

8  Accordingly, the parties respectfully request that this Court find that good cause exists
9  relating to the filing of this stipulation and grant the parties' request to extend the deadline to
10  respond to the Complaint to March 29, 2023. This is the second request by the parties to extend
11  the time for Defendant to answer the Compliant.

12  Dated: March 10, 2023

| LEVERTY & ASSOCIATES LAW CHTD | CLYDE & CO US LLP |
|---|---|
| */s/ Patrick R. Leverty* | */s/ Dylan P. Todd* |
| Patrick R. Leverty, Esq., NV Bar No. 8840 | Amy M. Samberg (NV Bar No. 10212) |
| Vernon E. Leverty, Esq., NV Bar No. 1266 | amy.samberg@clydeco.us |
| William R. Ginn, Esq., NV Bar No. 6989 | Dylan P. Todd (NV Bar No. 10456) |
| 3100 W Charleston Blvd., Suite 200 | dylan.todd@cyldeco.us |
| Las Vegas, NV 89102 | 7251 W. Lake Mead Blvd., Suite 430 |
| Ph. (702) 507-0201 | Las Vegas NV  89128 |
|  | Telephone: 725-248-2900 |
|  | Facsimile:     725-248-2907 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
|  | *Travelers Casualty Insurance Company of America* |

IT IS SO ORDERED.
Dated:  March 13, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

- 2 -