Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:    725-248-2907

*Attorneys for Defendant*
*Travelers Casualty Insurance Company of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BB FILMS, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a foreign corporation doing business in the State of Nevada; DOES I through X; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | CASE NO.:  2:23-cv-00109-APG-NJK<br><br>**STIPULATION AND PROPOSED ORDER GRANTING DISMISSAL WITH PREJUDICE** |

Defendant Travelers Casualty Insurance Company of America ("Travelers") by and through their counsel, Clyde & Co US LLP, and Plaintiff, by and through their counsel, Leverty & Associates Law CHTD, hereby stipulate to dismiss with prejudice Plaintiffs' complaint, in its entirety, the parties to bear their own costs and attorneys' fees.

///

///

///

///

///

///

///

- 1 -

Respectfully Submitted,

Dated:  April 26, 2023

LEVERTY & ASSOCIATES LAW CHTD

 */s/ Patrick R. Leverty*
Patrick R. Leverty, Esq., NV Bar No. 8840
Vernon E. Leverty, Esq., NV Bar No. 1266
William R. Ginn, Esq., NV Bar No. 6989
3100 W Charleston Blvd., Suite 200
Las Vegas, NV 89102
Ph. (702) 507-0201

*Attorneys for Plaintiff*

CLYDE & CO US LLP

 */s/ Dylan P. Todd*
Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:       725-248-2907

*Attorneys for Defendant
Travelers Casualty Insurance Company of America*

## ORDER

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 27, 2023